# United States District Court

SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. LAROSA

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

IMAX CORPORATION, RICHARD, L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE

**06 CV 6349**

TO: (Name and address of defendant)

IMAX CORPORATION, 110 East 59th Street, Suite 2100, New York, NY 10022
RICHARD, L. GELFOND, 110 East 59th Street, Suite 2100, New York, NY 10022
BRADLEY J. WECHSLER, 110 East 59th Street, Suite 2100, New York, NY 10022
and FRANCIS T. JOYCE, 110 East 59th Street, Suite 2100, New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ronen Sarraf, Esq.
Sarraf Gentile LLP
485 Seventh Avenue, Suite 1005
New York, NY 10018

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

AUG 2 1 2006
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE August 23, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)* Joseph Gentile | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other *(specify)*: Personally served on Dionne Hodges, receptionist and agent for RICHARD L. GELFOND, at 110 East 59th Street, Suite 2100, New York, NY 10022 at 12:45 p.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 23, 2006
Date

Joseph Gentile
Signature of Server

485 Seventh Avenue, New York, NY 10018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.