USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: SEP 1 1 2006

KOTTY, J-
PART 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. LAROSA, et al.<br>Plaintiff,<br>v.<br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br>Defendants. | 06 Civ. No. 06349 (HA)<br><br>STIPULATION AND ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 6, 2006

SARRAF GENTILE LLP
By: [signature]
Ronen Sarraf (RS-7694)

Joseph Gentile
485 Seventh Avenue, Suite 1005
New York, New York 10018
(212) 868-3610
Fax: (212) 918-7967
Email: ronen@sarrafgentile.com

CHIMICLES & TIKELLIS LLP
Kimberly M. Donaldson
Timothy N. Mathews
One Haverford Centre
361 West Lancaster Avenue
Haverford, PA 19041
Tel: 610-642-8500
Fax: 610-649-3633

Attorneys for Plaintiff Michael J. Larosa

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: [signature]
Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SEP 1 1 2006

SO ORDERED:

[signature]

U.S.D.J. PART I