**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOTTIE KAPLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMAX CORP., et al.<br><br>Defendants. | Case No. 06-cv-6128 (NRB)<br><br>CLASS ACTION<br><br>DOCUMENT FILED ELECTRONICALLY |
| ERIC S. BERGEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD L. GELFOND, et al. | Case No. 06-cv-06313 (NRB) |
| MICHAEL J. LAROSA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06349 (NRB) |
| SANTIAGO GUZMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06235 (NRB) |

(Additional captions on following page)

**NOTICE OF WITHDRAWAL: WITHDRAWAL OF MOTION BY GARY AND MARLENE CREAGH TO (1) BE APPOINTED LEAD PLAINTIFF; (2) APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL; AND (3) CONSOLIDATE ALL RELATED ACTIONS**

| | |
|---|---|
| ROBERT FEENEY, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06449 (NRB) |
| FLOYD REYNOLDS, Individually<br>and On Behalf of All Others<br>Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-06693 (NRB) |
| ANTHONY CAIAFA, Individually<br>And On Behalf Of All Others<br>Similarly Situated,<br><br>PLAINTIFFS,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-07057 (NRB) |
| ROBERT B. GRAY, individually<br>and on behalf of all others<br>similarly situated,<br><br>PLAINTIFFS,<br>vs.<br><br>IMAX CORP., et al. | Case No. 06-cv-07162 (NRB) |

PLEASE TAKE NOTICE THAT Gary and Marlene Creagh hereby withdraw their motion for consolidation of all related actions, appointment as lead plaintiff, and approval of lead counsel, filed on October 10, 2006. This withdrawal shall have no effect upon Gary and Marlene Creagh's rights as members of the proposed class, including but not limited to the right to share

in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: October 27, 2006

Respectfully submitted,

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

/s/

Catherine A. Torell (CT-0905)
150 East 52nd Street
Thirtieth Floor
New York City, NY 10022-5719
Tel: (212) 838-7797
Fax: (212) 838-7745

Steven J. Toll
Daniel S. Sommers
Matthew B. Kaplan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Telephone: 202/408-4600
Facsimile: 202/408-4699

***Attorneys for Gary and Marlene Creagh***