**SARRAF GENTILE LLP**
**Ronen Sarraf (RS-7694)**
**Joseph Gentile**
**485 Seventh Avenue, Suite 1005**
**New York, NY 10018**
**Tel: 212-868-3610**
**Fax: 212-918-7967**

***(Proposed Co-Lead Counsel for proposed lead plaintiffs,***
***Additional Proposed Co-Lead Counsel Appear on Signature Page)***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL J. LAROSA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE<br><br>Defendants. | CASE NO. 06-cv-06349-NRB |
| MOTTI KAPLAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE<br><br>Defendants. | CASE NO. 06-cv-06128-NRB |

| | |
|---|---|
| SANTIAGO GUZMAN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE | CASE NO. 06-cv-06235 |
| ERIC S. BERGEN, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE | CASE NO. 06-cv-06313 |
| ROBERT FEENY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE | CASE NO. 06-cv-06449 |

| | |
|---|---|
| FLOYD REYNOLDS, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE | CASE NO. 06-cv-06693 |
| ANTHONY CAIAFA, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, FRANCIS T. JOYCE and KATHRYN A. GAMBLE | CASE NO. 06-cv-07057 |
| ROBERT B, GRAY, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE | CASE NO. 06-cv-07162 |

**NOTICE OF WITHDRAWAL OF MOTION BY MICHAEL J. LAROSA FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL**

PLEASE TAKE NOTICE THAT Plaintiff Michael J. Larosa ("Plaintiff") and proposed lead plaintiff Jay M. Spritzler ("Spritzler") (collectively, "Movants") respectfully withdraw their motion (filed October 10, 2006) pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities

Litigation Reform Act of 1995 (the "PSLRA"): (i) appointing Spritzler as Lead Plaintiff of the class of purchasers of the securities of Imax Corporation ("IMAX" or the "Company"), and (ii) approving Spritzler's selection of Chimicles & Tikellis LLP and Sarraf Gentile LLP as Co-Lead Counsel. Movants also sought an order, pursuant to Fed. R. Civ. P. 42(a) consolidating the above-captioned actions, and continue to submit that consolidation of the above-captioned actions is appropriate.

Dated: October 27, 2006

**SARRAF GENTILE LLP**

/s/ Ronen Sarraf_____________
Ronen Sarraf (RS-7694)
Joseph Gentile
485 Seventh Avenue, Suite 1005
New York, NY 10018
Tel: 212-868-3610
Fax: 212-918-7967

Kimberly M. Donaldson
Timothy N. Mathews
**CHIMICLES & TIKELLIS LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
Fax: (610) 649-3633

**Attorneys for Plaintiff Larosa and Spritzler, and Proposed Co-Lead Counsel for the Class**